UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | |
| | : | **07-MJ-0628** |
| **v.** | : | **08-MJ-0003** |
| | : | |
| **LOUISA CLARK ROUSSEY,** | : | VIOLATION: |
| Defendant. | : | 18 U.S.C. §§ 2314, 2 (Interstate |
| | : | Transportation of Stolen Property). |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Interstate Transportation of Stolen Property)

From in or about October 2003, through in or about March 2004, in the District of Columbia and elsewhere, defendant **LOUISA CLARK ROUSSEY** did unlawfully cause to be transported in interstate commerce goods, merchandise, and money having a value of $5,000 or more which were stolen, converted, and taken by fraud, knowing such goods, merchandise, and money to have been stolen, converted, and taken by fraud.  Specifically, defendant **ROUSSEY,** using a credit card belonging to her employer, the Institute for America's Future ("IAF") (also known as the Campaign for America's Future), purchased goods and merchandise, for her personal use and benefit, knowing that she did not have the authority to do so.  Through this scheme, ROUSSEY caused companies in various states to ship goods and merchandise to her house in Maryland; caused payment from the IAF's bank account in Washington, D.C., to be made to the IAF's credit card company in Phoenix, Arizona; and thereafter caused payment from

the credit card company to be made to companies in various states for the goods and merchandise purchased by ROUSSEY without IAF's knowledge or authorization.

     In violation of 18 U.S.C. §§ 2314, 2.

                                JEFFREY A. TAYLOR
                                United States Attorney for
                                the District of Columbia
                                DC Bar No. 498-610

               By:         _____/s/_____
                                ELLEN CHUBIN EPSTEIN
                                Assistant United States Attorney
                                555 4th Street, N.W. Room 5255
                                Washington, D.C. 20530
                                (202) 514-9832
                                Ellen.Chubin@usdoj.gov