CO-526
(12/86)

FILED

MAY 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 08-73 (RBW)
)
Louisa Clark Roussey )

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Louisa Clark-Roussey_
Defendant

_Tony W. M_____
Counsel for defendant

I consent:

_Ellen Chuli Epste___
United States Attorney

Approved:

_Reggie B. Walton_
Judge

5/2/08