AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court   FILED

———— DISTRICT OF ————

MAY 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

Louisa Clark Roussey

**WAIVER OF INDICTMENT**

CASE NUMBER: 08-73 (RBW)

I, _Louisa Clark Roussey_, the above named defendant, who is accused of _Interstate Transportation of Stolen Property_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _May 2, 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer