# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FILED

MAY 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 08-73 |
| | : | |
| LOUISA CLARK ROUSSEY, | : | |
| | : | VIOLATION: |
| Defendant. | : | 18 U.S.C. §§ 2314, 2 (Interstate |
| | : | Transportation of Stolen Property). |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, defendant LOUISA CLARK ROUSSEY ("ROUSSEY") and the United States agree and stipulate as follows:

1. From in or about May 2003, until in or about March 2004, defendant ROUSSEY was employed at the Institute for America's Future ("IAF"), also known as the Campaign for America's Future, as the office manager. Her duties included processing accounts payable, managing office equipment and facilities, and purchasing supplies. ROUSSEY's office was located in Washington, D.C. From in or about May 2003, until in or about March 2004, defendant ROUSSEY resided in Baltimore, Maryland.

2. IAF was a non-profit organization that, among other things, encouraged progressive groups to work together on issues ranging from affordable health care, to job benefits, to public education. IAF had a bank account at a Washington, D.C. branch of Amalgamated Bank of New York. IAF had a commercial credit card account with Bank of America in Phoenix, Arizona.

3. In or about the fall of 2003, ROUSSEY devised and implemented a scheme to steal money that rightfully belonged to IAF. In her position at IAF, ROUSSEY had been issued a Bank of America credit card belonging to IAF, and she had the authority to make purchases using that credit card for the benefit of IAF only. Despite that limitation on the authorized use of the

credit card, ROUSSEY purchased goods, merchandise, and services for her personal use and

benefit using that credit card, knowing that she had no authority from IAF to do so.  Between in

or about September 2003, and in or about March 2004, ROUSSEY, without authorization, made

approximately $64,359.98 in purchases for her personal benefit as a result of approximately 475

transactions using the Bank of America credit card belonging to IAF.  Exhibit 1, attached hereto,

accurately reflects those transactions.

    4. For example, between in or about September 2003, and in or about March 2004,

ROUSSEY used IAF's credit card to, among other things:

> * purchase a total of approximately $4,369.80 worth of merchandise from Amazon.com, which is located in the State of Washington, including a Garmin Wrist-Mounted GPS Navigator for $207.33 on March 23, 2004, a Samsung LCD Flat-Panel TV for $512.09 on March 24, 2004, and a Garmin Forerunner GPS Personal Training Device for $223.43 on March 25, 2004 (Exhibit 2, attached hereto, accurately reflects ROUSSEY's personal purchases from Amazon.com);

> * purchase a total of $1,324.00 worth of merchandise from Pricezap.com, which is located in the State of Connecticut;

> * pay to Railey Mountain Lake in McHenry, Maryland, a total of $3,965.49 for Deep Creek Lake vacation rentals;

> * pay to Surf or Sound Realty in North Carolina, a total of $1,563.10 for a Hatteras Island vacation rental;

> * pay a total of $1,255.65 to the Grand Harbor Resort and Waterpark in Dubuque, Iowa;

> * pay a total of $1,614.52 to the Eagle Ridge Inn and Resort in Galena, Illinois.

The aforementioned purchases were for ROUSSEY's personal use and benefit and were neither

known to nor authorized by IAF.

    5. Through these unauthorized purchases, ROUSSEY caused companies in various states

to ship goods and merchandise to her house in Maryland; caused payment from IAF's bank

account at a Washington, D.C. branch of Amalgamated Bank of New York to be made to Bank

of America in Phoenix, Arizona, for her unauthorized purchases; and thereafter caused payment

from Bank of America to be made to companies in various states for the goods, merchandise, and

services purchased by ROUSSEY without IAF's knowledge or authorization. ROUSSEY had no

authority to incur charges on IAF's credit card for her own personal benefit. ROUSSEY well

knew that using IAF's credit card for her personal benefit would cause IAF to pay Bank of

America for her personal charges, which ROUSSEY was not authorized to incur on IAF's credit

card. ROUSSEY did not inform IAF during the time period of these purchases that she was

using IAF's credit card to make personal purchases. The value of the goods, merchandise, and

money transported in interstate commerce, pursuant to this scheme, exceeded $5,000.

Jeffrey A. Taylor
United States Attorney

By:     *Ellen Chubin Epstein*
Ellen Chubin Epstein, DC Bar #442861
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-9832
Ellen.Chubin@usdoj.gov

## **DEFENDANT'S ACCEPTANCE**

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charge against me. It does not include all of the facts known to me regarding this offense. I make this statement knowingly and voluntarily and because I am, in fact, guilty of the crime charged.

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorneys, I agree and stipulate to this Statement of Offense, and declare under penalty of perjury that it is true and correct.


Date: _____5/2/08_____        _____
                                  Louisa Clark Roussey
                                  Defendant


I have discussed this Statement of Offenses with my client, Ms. Roussey. I concur with her decision to stipulate to this Statement of Offenses.

Date: _____5/2/08_____        _____
                                  Tony Miles, Esquire
                                  Attorney for the Defendant

**Exhibit 1**

FILED

MAY 0 2 2008

Clerk, U.S. District and
Bankruptcy Courts

CR 08-73

| Totals | |
|---|---|
| October | 6,677.10 |
| November | 8,412.85 |
| December | 9,369.32 |
| January | 9,158.06 |
| February | 11,417.73 |
| March | 9,906.68 |
| April | 9,418.24 |
| | **64,359.98** |

| Transaction Date | Post Date | Transaction | City | State | Charge Amount |
|---|---|---|---|---|---|
| | | **Charges Identified by Louisa Clark as Personal Expenditures During the period of October 2003 to April 2004** | | | |
| 9/6/2003 | 9/8/2003 | Arrowhead Market | Oakland | MD | 143.91 |
| 9/8/2003 | 9/10/2003 | DPS Nutrition, Inc. | | PA | 33.80 |
| 9/13/2003 | 9/15/2003 | Ann Taylor | Hanover | MD | 160.59 |
| 9/13/2003 | 9/15/2003 | Burlington Coat | Hanover | MD | 68.21 |
| 9/13/2003 | 9/15/2003 | Old Navy | Hanover | MD | 353.85 |
| 9/13/2003 | 9/16/2003 | PriceZap | Bethel | CT | 375.00 |
| 9/14/2003 | 9/16/2003 | Ann Taylor | Hanover | MD | 17.85 |
| 9/14/2003 | 9/16/2003 | H&M | Hanover | MD | 187.16 |
| 9/14/2003 | 9/16/2003 | Rite Aid Store | Arbutus | MD | 17.50 |
| 9/17/2003 | 9/18/2003 | Nextel Wireless Service | | CO | 92.02 |
| 9/17/2003 | 9/19/2003 | Target | Columbia | MD | 142.17 |
| 9/19/2003 | 9/22/2003 | One-Time/Dish Network | | CO | 99.00 |
| 9/21/2003 | 9/23/2003 | PriceZap | Bethel | CT | 40.00 |
| 9/23/2003 | 9/25/2003 | Ebay | | CA | 16.00 |
| 9/27/2003 | 9/29/2003 | Mars Supermarket | Arbutus | MD | 37.74 |
| 9/27/2003 | 9/29/2003 | Lowe's | Laurel | MD | 310.49 |
| 9/28/2003 | 9/29/2003 | Giant Food, Inc. | Baltimore | MD | 152.86 |
| 9/28/2003 | 9/30/2003 | Home Depot | Halethrope | MD | 217.41 |
| 9/28/2003 | 9/30/2009 | Home Depot | Halethrope | MD | 93.36 |
| 9/29/2003 | 10/1/2003 | Ann Taylor | Hanover | MD | 218.38 |
| 9/29/2003 | 10/1/2003 | H&M | Hanover | MD | 78.37 |
| 9/5/2003 | 9/8/2003 | Railey Mountain Lake | McHenry | MD | 567.80 |
| 9/7/2003 | 9/8/2003 | Railey Mountain Lake | McHenry | MD | 26.25 |

| | | Charges Identified by Louisa Clark as Personal Expenditures During the period of October 2003 to April 2004 | | | |
| Transaction Date | Post Date | Transaction | City | State | Charge Amount |
|---|---|---|---|---|---|
| 9/7/2003 | 9/9/2003 | Capt. Dicks Crabs | Baltimore | MD | 23.00 |
| 9/14/2003 | 9/16/2003 | Wings To Go | Baltimore | MD | 32.92 |
| 9/14/2003 | 9/16/2003 | Residence Inn | Hanover | MD | 168.61 |
| 9/17/2003 | 9/18/2003 | Long & Foster | McHenry | MD | 1,143.86 |
| 9/19/2003 | 9/22/2003 | Railey Mountain Lake | McHenry | MD | 596.62 |
| 9/25/2003 | 9/29/2003 | Amtrak | Washington | DC | 6.00 |
| 9/7/2003 | 9/9/2003 | Shell Oil | Hagerstown | MD | 30.00 |
| 9/13/2003 | 9/15/2003 | Russell Toyota Collision | | MD | 924.64 |
| 9/14/2003 | 9/15/2003 | Hanover Extra Mart | Elkridge | MD | 38.26 |
| 9/17/2003 | 9/19/2003 | Shell Oil | Elkridge | MD | 31.62 |
| 9/19/2003 | 9/22/2003 | Sunoco | Flintstone | MD | 32.01 |
| 9/23/2003 | 9/24/2003 | High's | Arbutus | MD | 19.06 |
| 9/24/2003 | 9/26/2003 | Shell Oil | Elkridge | MD | 27.84 |
| 9/29/2003 | 9/30/2003 | High's | Arbutus | MD | 34.76 |
| 9/5/2003 | 9/8/2003 | Deepcreek | McHenry | MD | 62.56 |
| 9/14/2003 | 9/16/2003 | Radio Shack | Hanover | MD | 55.62 |
| | | **October Total** | | | **6,677.10** |

**Charges Identified by Louisa Clark as Personal Expenditures**
**During the period of October 2003 to April 2004**

| Transaction Date | Order Time | Post Date | Transaction | City | State | Charge Amount | |
|---|---|---|---|---|---|---|---|
| **10/10/2003** | **8:15 AM** | **10/13/2003** | **Amazon.com** | | **WA** | **38.67** | |
| 10/11/2003 | | 10/13/2003 | Victoria Secrets | | OH | 177.59 | |
| 10/12/2003 | | 10/13/2003 | Mars Supermarket | Arbutus | MD | 171.23 | |
| 10/12/2003 | | 10/14/2003 | Home Depot | Halethorpe | MD | 1,219.70 | 1,219.65 |
| 10/13/2003 | | 10/15/2003 | Sherwin Williams | Arbutus | MD | 40.78 | |
| 10/13/2003 | | 10/15/2003 | Lowes | Baltimore | MD | 307.27 | |
| 10/13/2003 | | 10/15/2003 | Home Depot | Halethorpe | MD | 107.36 | |
| 10/13/2003 | | 10/15/2003 | Hilo Hattie Internet | | HI | 91.84 | |
| 10/13/2003 | | 10/15/2003 | Credit-Home Depot | Halethorpe | MD | -46.04 | |
| 10/15/2003 | | 10/16/2003 | Nextel Wireless | | CO | 78.39 | |
| 10/13/2003 | | 10/16/2003 | J&J Beauty Supply | Baltimore | MD | 59.82 | |
| 10/15/2003 | | 10/16/2003 | EMVA Web | | MD | 64.00 | |
| 10/15/2003 | | 10/17/2003 | Fashion Bug | Arbutus | MD | 212.50 | |
| 10/16/2003 | | 10/17/2003 | Arrowhead Market | Oakland | MD | 107.63 | |
| 10/16/2003 | | 10/20/2003 | Home Depot | Halethorpe | MD | 311.39 | |
| 10/18/2003 | | 10/20/2003 | Arrowhead Market | Oakland | MD | 54.69 | |
| 10/20/2003 | | 10/22/2003 | Nine West Outlet | Hanover | MD | 141.73 | |
| 10/22/2003 | | 10/23/2003 | Dick's Sporting Goods | Columbia | MD | 1,081.50 | 1,081.48 |
| 10/22/2003 | | 10/23/2003 | Mars Supermarket | Arbutus | MD | 71.67 | |
| 10/22/2003 | | 10/24/2003 | DPS Nutrition | | PA | 61.42 | |
| 10/22/2003 | | 10/24/2003 | Resort Like Home Calls | | OR | 49.58 | |
| 10/22/2003 | | 10/24/2003 | Resort Like Home Calls | | OR | 48.76 | |
| 10/22/2003 | | 10/24/2003 | Resort Like Home Calls | | OR | 31.51 | |

| Transaction Date | Order Time | Post Date | Transaction | City | State | Charge Amount |
|---|---|---|---|---|---|---|
| | | | Charges Identified by Louisa Clark as Personal Expenditures During the period of October 2003 to April 2004 | | | |
| 10/22/2003 | | 10/24/2003 | Decorate With Sty | | OH | 39.52 |
| **10/24/2003** | **6:45 AM** | **10/27/2003** | **Amazon.com** | | **WA** | **44.39** |
| 10/25/2003 | | 10/27/2003 | Walmart | Oakland | MD | 108.86 |
| 10/25/2003 | | 10/27/2003 | Home Depot | Halethorpe | MD | 135.23 |
| 10/27/2003 | | 10/29/2003 | Home Depot | Halethorpe | MD | 205.12 |
| **10/28/2003** | **5:26 PM** | **10/29/2003** | **Amazon.com** | | **WA** | **62.00** |
| 10/28/2003 | | 10/30/2003 | Decorate With Sty | | OH | 9.99 |
| 10/28/2003 | | 10/30/2003 | Decorate With Sty | | OH | 169.87 |
| 10/29/2003 | | 10/31/2003 | Cheaptickets | | TN | 5.49 |
| 10/29/2003 | | 10/31/2003 | Home Depot | Halethorpe | MD | 831.97 |
| 10/29/2003 | | 10/31/2003 | Pricezap | Bethel | CT | 862.50 |
| 10/30/2003 | | 10/31/2003 | Giant Food, Inc. | Baltimore | MD | 116.28 |
| 10/31/2003 | | 11/3/2003 | Home Depot | Catonsville | MD | 589.13 |
| 11/1/2003 | | 11/3/2003 | Paypal | | CA | 1.42 |
| 11/1/2003 | | 11/3/2003 | Home Depot | Halethorpe | MD | 155.58 |
| 11/1/2003 | | 11/3/2003 | Credit-Home Depot | Halethorpe | MD | -188.50 |
| | | | | | | |
| 10/9/2003 | | 10/13/2003 | Amtrak | Washington | DC | 48.00 |
| 10/11/2003 | | 10/13/2003 | Tiber River Tavern | Ellicott City | MD | 46.43 |
| 10/17/2003 | | 10/20/2003 | Amelia's Deli and Cate | Gulf Shores | AL | 100.22 |
| 10/23/2003 | | 10/24/2003 | Will O The Wasp | Oakland | MD | 135.16 |
| 10/22/2003 | | 10/24/2003 | Amtrak | Washington | DC | 48.00 |

| Charges Identified by Louisa Clark as Personal Expenditures During the period of October 2003 to April 2004 | | | | | |
|---|---|---|---|---|---|
| Transaction Date | Order Time | Post Date | Transaction | City | State | Charge Amount |
| 10/25/2003 | | 10/27/2003 | Will O The Wasp | Mt Lake Park | MD | 63.45 |
| 10/26/2003 | | 10/27/2003 | Will O The Wasp | Oakland | MD | 34.35 |
| 10/6/2003 | | 10/8/2003 | Atkins Nutitionalsl, Inc. | | NY | 106.84 |
| 10/7/2003 | | 10/9/2003 | Atkins Nutitionalsl, Inc. | | NY | 15.29 |
| 10/16/2003 | | 10/20/2003 | Amoco | Lisbon | MD | 28.00 |
| 10/20/2003 | | 10/22/2003 | Shell Oil | Elkridge | MD | 28.93 |
| 10/22/2003 | | 10/24/2003 | Atkins Nutitionalsl, Inc. | | NY | 46.43 |
| 10/25/2003 | | 10/27/2003 | Shell Oil | Lisbon | MD | 28.81 |
| 10/26/2003 | | 10/28/2003 | Amoco | McHenry | MD | 19.98 |
| 10/31/2003 | | 11/3/2003 | Shell Oil | College Park | MD | 31.12 |
| | | | **November Total** | | | **8,412.85** |

| | | | Charges Identified by Louisa Clark as Personal Expenditures During the period of October 2003 to April 2004 | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Order Time | Post Date | Transaction | City | State | Charge Amount |
| 11/5/2003 | | 11/6/2003 | Best Buy | Baltimore | MD | 645.66 |
| 11/7/2003 | | 11/10/2003 | Arrowhead Market | Oakland | MD | 66.02 |
| 11/7/2003 | | 11/10/2003 | Sherwin Williams | Arbutus | MD | 28.34 |
| 11/7/2003 | | 11/10/2003 | Home Depot | Glen Burnie | MD | 38.31 |
| 11/9/2003 | | 11/11/2003 | Pricezap.com | | CT | 629.50 |
| 11/11/2003 | | 11/12/2003 | Nextel Wireless Service | | CO | 87.18 |
| 11/11/2003 | | 11/12/2003 | Nextel Wireless Service | | CO | 251.70 |
| 11/11/2003 | | 11/12/2003 | Best Buy | Baltimore | MD | 299.04 |
| 11/12/2003 | | 11/13/2003 | Victoria Secret | | OH | 219.23 |
| 11/11/2003 | | 11/13/2003 | Home Depot | Catonsville | MD | 291.93 |
| 11/11/2003 | | 11/13/2003 | Home Depot | Halethrope | MD | 204.35 |
| 11/11/2003 | | 11/13/2003 | Eastbay Catalog | | WI | 228.93 |
| 11/11/2003 | | 11/13/2003 | Home Depot | Catonsville | MD | -62.97 |
| 11/11/2003 | | 11/13/2003 | Home Depot | Halethrope | MD | -116.43 |
| 11/12/2003 | | 11/14/2003 | Burlington Coat | Hanover | MD | 251.98 |
| 11/12/2003 | | 11/14/2003 | Resort Like Home | | OR | 36.33 |
| 11/12/2003 | | 11/14/2003 | Resort Like Home | | OR | 19.19 |
| 11/14/2003 | | 11/17/2003 | SmartBargains.Com | | MA | 74.92 |
| 11/15/2003 | | 11/17/2003 | Marting's Shoes | Dubuque | IA | 126.80 |
| 11/17/2003 | | 11/18/2003 | HDI Domestications | | PA | 152.84 |
| 11/17/2003 | | 11/18/2003 | Poweroasis.com | | NH | 20.00 |
| 11/17/2003 | | 11/18/2003 | Best Buy | Baltimore | MD | 132.23 |
| 11/19/2003 | 8:30 AM | 11/20/2003 | Amazon.com | | WA | 33.58 |
| 11/19/2003 | 9:33 AM | 11/20/2003 | Amazon.com | | WA | 17.84 |
| 11/20/2003 | 5:31 PM | 11/20/2003 | Amazon.com | | WA | 38.85 |

| | | | Charges Identified by Louisa Clark as Personal Expenditures During the period of October 2003 to April 2004 | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Order Time | Post Date | Transaction | City | State | Charge Amount |
| 11/20/2003 | 5:31 PM | 11/20/2003 | **Amazon.com** | | **WA** | **32.53** |
| 11/19/2003 | | 11/20/2003 | Drugstore.com | | WA | 114.80 |
| 11/20/2003 | | 11/21/2003 | Overstock.com | | UT | 39.94 |
| 11/20/2003 | 3:26 PM | 11/21/2003 | **Amazon.com** | | **WA** | **31.49** |
| 11/20/2003 | 3:33 PM | 11/21/2003 | **Amazon.com** | | **WA** | **99.46** |
| 11/20/2003 | 3:26 PM | 11/21/2003 | **Amazon.com** | | **WA** | **31.49** |
| 11/20/2003 | 5:50 PM | 11/21/2003 | **Amazon.com** | | **WA** | **31.49** |
| 11/21/2003 | 7:27 PM | 11/21/2003 | **Amazon.com** | | **WA** | **22.69** |
| 11/22/2003 | | 11/24/2003 | Victoria Secret | | OH | 58.87 |
| 11/23/2003 | | 11/24/2003 | Giant Food | Baltimore | MD | 249.42 |
| 11/24/2003 | | 11/25/2003 | Drugstore.com | | WA | 2.79 |
| 11/25/2003 | | 11/26/2003 | Maiden Choice Liquors | Baltimore | MD | 89.57 |
| 11/26/2003 | 2:42 PM | 11/28/2003 | **Amazon.com** | | **WA** | **141.69** |
| 11/26/2003 | | 11/28/2003 | Giant Food | Ft. Washington | MD | 38.87 |
| 11/27/2003 | 5:27 PM | 11/28/2003 | **Amazon.com** | | **WA** | **65.17** |
| 11/27/2003 | | 11/28/2003 | Victoria Secret | | OH | 176.32 |
| 11/28/2003 | | 12/1/2003 | Yahoo.com | | CA | 35.99 |
| 11/30/2003 | | 12/1/2003 | Victoria Secret | | OH | 80.74 |
| 11/30/2003 | 2:25 PM | 12/1/2003 | **Amazon.com** | | **WA** | **35.91** |
| 11/30/2003 | | 12/1/2003 | One Time/Dish Network | | CO | 193.99 |
| 12/1/2003 | | 12/2/2003 | SmartBargains.Com | | MA | 19.99 |
| 12/1/2003 | | 12/2/2003 | HDI Domestications | | PA | 255.94 |
| 12/1/2003 | 4:28 PM | 12/3/2003 | **Amazon.com** | | **WA** | **17.98** |
| 11/5/2003 | | 11/6/2003 | Railey Mountain Lake | McHenry | MD | 670.60 |
| 11/7/2003 | | 11/10/2003 | Pizzeria Uno | Oakland | MD | 75.00 |

**Charges Identified by Louisa Clark as Personal Expenditures During the period of October 2003 to April 2004**

| Transaction Date | Order Time | Post Date | Transaction | City | State | Charge Amount |
|---|---|---|---|---|---|---|
| 11/9/2003 | | 11/10/2003 | Railey Mountain Lake | McHenry | MD | 10.50 |
| 11/10/2003 | | 11/12/2003 | American Air | Atlanta | GA | 447.00 |
| 11/10/2003 | | 11/12/2003 | Expedia Service Fee | | WA | 5.00 |
| 11/11/2003 | | 11/13/2003 | Grand Harbor Resort | Dubuque | IA | 222.88 |
| 11/15/2003 | | 11/17/2003 | Los Aztecas Mexican | Dubuque | IA | 32.17 |
| 11/14/2003 | | 11/18/2003 | Amtrak | Washington | DC | 48.00 |
| 11/17/2003 | | 11/19/2003 | Grand Harbor Resort | Dubuque | IA | 187.50 |
| 11/17/2003 | | 11/19/2003 | Grand Harbor Resort | Dubuque | IA | 222.88 |
| 11/18/2003 | | 11/20/2003 | American Air | Atlanta | GA | 251.00 |
| 11/18/2003 | | 11/20/2003 | American Air | Atlanta | GA | 251.00 |
| 11/18/2003 | | 11/20/2003 | Expedia Travel | | WA | 767.30 |
| 11/20/2003 | | 11/24/2003 | Amtrak | Washington | DC | 48.00 |
| 11/30/2003 | | 12/2/2003 | Eagle Ridge Inn & Res | Galena | IL | 340.89 |
| 11/7/2003 | | 11/10/2003 | High's | Arbutus | MD | 33.51 |
| 11/9/2003 | | 11/12/2003 | Exxon | McHenry | MD | 26.32 |
| 11/12/2003 | | 11/14/2003 | High's | Arbutus | MD | 36.16 |
| 11/16/2003 | | 11/17/2003 | BP Oil | Portage | IN | 12.03 |
| 11/16/2003 | | 11/18/2003 | Amoco | Dubuque | IA | 15.50 |
| 11/16/2003 | | 11/18/2003 | Sunco | Clyde | OH | 12.60 |
| 11/17/2003 | | 11/18/2003 | Sunco | Somerset | PA | 13.25 |
| 11/24/2003 | | 11/26/2003 | High's | Arbutus | MD | 31.37 |
| 11/28/2003 | | 12/1/2003 | High's | Arbutus | MD | 26.38 |
| | | | **December Total** | | | **9,369.32** |

| Transaction Date | Order Time | Post Date | Transaction | City | State | Charge Amount |
|---|---|---|---|---|---|---|
| 12/6/2003 | | 12/8/2003 | New Orleans Famous | New Orleans | LA | 99.07 |
| 12/6/2003 | | 12/8/2003 | T Shirt Alley | New Orleans | LA | 92.58 |
| 12/7/2003 | | 12/8/2003 | Nextel Data Services | | CO | 9.95 |
| 12/7/2003 | | 12/8/2003 | Crawdaddy & Co | New Orleans | LA | 43.56 |
| 12/7/2003 | | 12/8/2003 | Mars Supermarkets | Arbutus | MD | 98.95 |
| 12/6/2003 | | 12/9/2003 | Bourbon Boutique | New Orleans | LA | 68.57 |
| 12/6/2003 | | 12/9/2003 | Southland | | LA | 142.60 |
| 12/9/2003 | 7:50 PM | 12/10/2003 | Amazon.com | | WA | 28.72 |
| 12/9/2003 | 7:50 PM | 12/10/2003 | Amazon.com | | WA | 70.32 |
| 12/9/2003 | 7:50 PM | 12/10/2003 | Amazon.com | | WA | 98.49 |
| 12/8/2003 | | 12/10/2003 | Home Depot | Halethrope | MD | 69.14 |
| 12/9/2003 | 12:38 PM | 12/10/2003 | Amazon.com | | WA | 32.53 |
| 12/10/2003 | 7:05 PM | 12/11/2003 | Amazon.com | | WA | 27.14 |
| 12/9/2003 | 3:34 PM | 12/11/2003 | Amazon.com | | WA | 26.24 |
| 12/9/2003 | 5:02 PM | 12/11/2003 | Amazon.com | | WA | 41.99 |
| 12/10/2003 | 5:11 AM | 12/11/2003 | Amazon.com | | WA | 20.99 |
| 12/10/2003 | 10:50 AM | 12/11/2003 | Amazon.com | | WA | 23.37 |
| 12/11/2003 | 6:17 PM | 12/11/2003 | Amazon.com | | WA | 39.73 |
| 12/9/2003 | | 12/11/2003 | Amazon.com | | WA | (36.38) |
| 12/10/2003 | 7:50 PM | 12/12/2003 | Newport News Purchase | | VA | 41.90 |
| 12/10/2003 | | 12/12/2003 | Home Depot | Halethrope | MD | 183.91 |
| 12/11/2003 | | 12/12/2003 | Amazon.com | | WA | (0.02) |
| 12/11/2003 | | 12/15/2003 | Claires Boutique | Hanover | MD | 50.15 |
| 12/12/2003 | 11:10 PM | 12/15/2003 | Amazon.com | | WA | 53.75 |
| 12/12/2003 | 5:31 AM | 12/15/2003 | Amazon.com | | WA | 15.74 |

Charges Identified by Louisa Clark as Personal Expenditures
During the period of October 2003 to April 2004

| Transaction Date | Order Time | Post Date | Transaction | City | State | Charge Amount | |
|---|---|---|---|---|---|---|---|
| | | | **Charges Identified by Louisa Clark as Personal Expenditures During the period of October 2003 to April 2004** | | | | |
| 12/11/2003 | | 12/15/2003 | TRVL Ins | | VA | 27.00 | |
| 12/11/2003 | | 12/15/2003 | Calendar Club | Hanover | MD | 38.78 | |
| 12/11/2003 | | 12/15/2003 | Ornaments & Ink | Phoenix | AR | 68.19 | |
| 12/11/2003 | | 12/15/2003 | H&M | Hanover | MD | 227.08 | |
| 12/12/2003 | 4:05 PM | 12/15/2003 | Amazon.com | | WA | 15.67 | |
| 12/13/2003 | 5:15 PM | 12/15/2003 | Amazon.com | | WA | 24.15 | |
| 12/13/2003 | 5:15 PM | 12/15/2003 | Amazon.com | | WA | 50.40 | |
| 12/13/2003 | 5:15 PM | 12/15/2003 | Amazon.com | | WA | 38.82 | |
| 12/13/2003 | 5:17 PM | 12/15/2003 | Amazon.com | | WA | 23.04 | |
| 12/14/2003 | 10:01 AM | 12/15/2003 | Amazon.com | | WA | 133.32 | |
| 12/14/2003 | 10:24 AM | 12/15/2003 | Amazon.com | | WA | 31.49 | |
| 12/14/2003 | 10:44 AM | 12/15/2003 | Amazon.com | | WA | 121.70 | |
| 12/14/2003 | 12:42 PM | 12/15/2003 | Amazon.com | | WA | 20.99 | |
| 12/14/2003 | 5:15 PM | 12/15/2003 | Amazon.com | | WA | 149.06 | |
| 12/14/2003 | 5:45 PM | 12/15/2003 | Amazon.com | | WA | 21.98 | |
| 12/14/2003 | | 12/15/2003 | Giant Food, Inc | Baltimore | MD | 470.86 | 472.86 |
| 12/14/2003 | | 12/15/2003 | Mars Supermarkets | Arbutus | MD | 25.28 | |
| 12/12/2003 | | 12/15/2003 | www.altnet.com | | | 29.95 | |
| 12/15/2003 | 8:38 AM | 12/16/2003 | Amazon.com | | WA | 58.06 | |
| 12/15/2003 | | 12/16/2003 | Art Today, Inc. | | AZ | 99.95 | |
| 12/15/2003 | 10:07 AM | 12/16/2003 | Amazon.com | | WA | 47.23 | |
| 12/16/2003 | | 12/17/2003 | www.element | | | 54.95 | |
| 12/16/2003 | | 12/18/2003 | Amazon.com | | WA | 15.72 | |
| 12/17/2003 | | 12/18/2003 | Nextel Data Services | | CO | 219.00 | |
| 12/17/2003 | | 12/18/2003 | Best Buy | Glen Burnie | MD | 138.02 | |

## Charges Identified by Louisa Clark as Personal Expenditures During the period of October 2003 to April 2004

| Transaction Date | Order Time | Post Date | Transaction | City | State | Charge Amount |
|---|---|---|---|---|---|---|
| **12/18/2003** | **8:35 PM** | **12/18/2003** | **Amazon.com** | | **WA** | **19.95** |
| 12/17/2003 | | 12/18/2003 | Amazon.com | | WA | (0.02) |
| 12/18/2003 | | 12/22/2003 | Filenes Basement | Washington | DC | 204.28 |
| 12/19/2003 | | 12/22/2003 | Lowest Deal | | NY | 249.03 |
| 12/21/2003 | | 12/22/2003 | Overbreak Hover | | WI | 28.90 |
| 12/21/2003 | | 12/23/2003 | AutoPay Dishnet | | CO | 83.99 |
| 12/24/2003 | | 12/26/2003 | Target | Columbia | MD | 395.13 |
| 12/24/2003 | | 12/26/2003 | Sutton Place Gourmet | Baltimore | MD | 720.16 |
| 12/26/2003 | | 12/29/2003 | Target | Columbia | MD | 312.83 |
| 12/26/2003 | | 12/29/2003 | Burlington Coat | Hanover | MD | 161.92 |
| 12/26/2003 | | 12/29/2003 | Home Depot | Halethrope | MD | 175.98 |
| 12/26/2003 | | 12/29/2003 | Home Depot | Halethrope | MD | 51.24 |
| 12/26/2003 | | 12/29/2003 | J&J Beauty Supply | Baltimore | MD | 85.09 |
| 12/26/2003 | | 12/29/2003 | Toys R Us | Columbia | MD | 31.47 |
| 12/31/2003 | | 1/1/2004 | Toys R Us | Dubuque | IA | 29.93 |
| 12/7/2003 | | 12/8/2003 | Obriens Restaurant | Chicago | IL | 40.00 |
| 12/7/2003 | | 12/9/2003 | Brennan's, Inc. | New Orleans | LA | 57.86 |
| 12/7/2003 | | 12/9/2003 | BWI Garage Lot | Washington | DC | 90.00 |
| 12/7/2003 | | 12/9/2003 | HMS Host Ord Airpt | Chicago | IL | 19.61 |
| 12/8/2003 | | 12/9/2003 | Railey Mountain Lake | McHenry | MD | 1,564.40 |
| 12/9/2003 | | 12/10/2003 | Orbitz | | IL | 51.95 |
| 12/9/2003 | | 12/11/2003 | Midwest Exp | | MN | 116.50 |
| 12/9/2003 | | 12/11/2003 | Midwest Exp | | MN | 116.50 |
| 12/9/2003 | | 12/11/2003 | Midwest Exp | | MN | 116.50 |
| 12/9/2003 | | 12/11/2003 | Midwest Exp | | MN | 116.50 |

| Transaction Date | Order Time | Post Date | Charges Identified by Louisa Clark as Personal Expenditures During the period of October 2003 to April 2004 | | | Charge Amount |
|---|---|---|---|---|---|---|
| | | | Transaction | City | State | |
| 12/9/2003 | | 12/11/2003 | Midwest Exp | | MN | 116.50 |
| 12/10/2003 | | 12/12/2003 | Wings to Go | Baltimore | MD | 28.20 |
| 12/11/2003 | | 12/12/2003 | Chevy's Fresh Mex | Hanover | MD | 54.81 |
| 12/15/2003 | | 12/17/2003 | Smarte Carte | New Orleans | LA | 3.00 |
| 12/16/2003 | | 12/18/2003 | Amtrak | Washington | DC | 48.00 |
| 12/20/2003 | | 12/23/2003 | Sabatinos, Inc. | Baltimore | MD | 79.03 |
| 12/21/2003 | | 12/23/2003 | Wings to Go | Baltimore | MD | 58.02 |
| 12/7/2003 | | 12/9/2003 | High's | Arbutus | MD | 20.01 |
| 12/12/2003 | | 12/15/2003 | Exxon | Elkridge | MD | 18.16 |
| 12/17/2003 | | 12/18/2003 | High's | Arbutus | MD | 23.30 |
| 12/24/2003 | | 12/26/2003 | Exxon | Elkridge | MD | 25.38 |
| 12/29/2003 | | 12/30/2003 | C Hoffberger & Co | | MD | 140.00 |
| 12/26/2003 | | 12/29/2003 | Mars Supermarkets | Arbutus | MD | 179.58 |
| 12/21/2003 | | 12/22/2003 | Amoco | Catonsville | MD | 30.69 |
| | | | **January Total** | | | **9,158.06** |

| | | Charges Identified by Louisa Clark as Personal Expenditures During the period of October 2003 to April 2004 | | | |
|---|---|---|---|---|---|
| Transaction Date | Order Time | Post Date | Transaction | City | State | Charge Amount |
| 1/2/2004 | | 1/5/2004 | TWI Tracphone Wireless | | FL | 26.43 |
| 1/3/2004 | 7:46 AM | 1/5/2004 | Amazon.com | | WA | 42.46 |
| 1/2/2004 | | 1/5/2004 | Toys R US | Dubuque | IA | 72.16 |
| 1/2/2004 | | 1/5/2004 | Younkers | Dubuque | IA | 124.07 |
| 1/3/2004 | | 1/5/2004 | Mars Supermarkets | Arbutus | MD | 96.03 |
| 1/4/2004 | 2:09 PM | 1/5/2004 | Amazon.com | | WA | 26.73 |
| 1/4/2004 | 2:09 PM | 1/5/2004 | Amazon.com | | WA | 78.41 |
| 1/7/2004 | | 1/7/2004 | Amazon.com | | WA | -0.01 |
| 1/7/2004 | | 1/8/2004 | EB Games.com | | NV | 25.97 |
| 1/6/2004 | | 1/8/2004 | Home Depot | Halethrope | MD | 461.11 |
| 1/6/2004 | | 1/8/2004 | Home Depot | Halethrope | MD | 51.24 |
| 1/7/2004 | 1:02 PM | 1/8/2004 | Amazon.com | | WA | 66.47 |
| 1/7/2004 | 5:13 PM | 1/8/2004 | Amazon.com | | WA | 28.85 |
| 1/8/2004 | 12:50 AM | 1/9/2004 | Amazon.com | | WA | 16.96 |
| 1/8/2004 | | 1/12/2004 | Park Tickets | Washington | DC | 100.00 |
| 1/9/2004 | | 1/12/2004 | Mars Supermarkets | Arbutus | MD | 130.16 |
| 1/11/2004 | | 1/12/2004 | Country Clutter | Hanover | MD | 125.48 |
| 1/11/2004 | | 1/12/2004 | Mars Supermarkets | Arbutus | MD | 135.61 |
| 1/11/2004 | | 1/13/2004 | Burlington Coat | Hanover | MD | 71.35 |
| 1/11/2004 | | 1/13/2004 | EB Games.com | Hanover | MD | 152.19 |
| 1/11/2004 | | 1/13/2004 | Bed Bath & Beyond | Hanover | MD | 47.23 |
| 1/12/2004 | | 1/13/2004 | Old Navy | Hanover | MD | 111.83 |
| 1/12/2004 | | 1/13/2004 | RN Real.com | | WA | 29.90 |
| 1/12/2004 | | 1/13/2004 | www.element | | | 44.95 |
| 1/13/2004 | | 1/14/2004 | Dupaco Community Credit | | IA | 202.32 |

## Charges Identified by Louisa Clark as Personal Expenditures During the period of October 2003 to April 2004

| Transaction Date | Order Time | Post Date | Transaction | City | State | Charge Amount |
|---|---|---|---|---|---|---|
| 1/14/2004 | 6:26 AM | 1/15/2004 | Amazon.com | | WA | 19.89 |
| 1/14/2004 | 6:26 AM | 1/15/2004 | Amazon.com | | WA | 49.23 |
| 1/14/2004 | | 1/15/2004 | Giant Food, Inc. | Baltimore | MD | 81.85 |
| 1/15/2004 | | 1/16/2004 | Nextel Wireless | | CO | 182.84 |
| 1/15/2004 | 9:55 AM | 1/16/2004 | Amazon.com | | WA | 9.44 |
| 1/15/2004 | 11:44 AM | 1/16/2004 | Amazon.com | | WA | 25.23 |
| 1/16/2004 | | 1/19/2004 | Giant Food, Inc. | Baltimore | MD | 64.80 |
| 1/18/2004 | | 1/19/2004 | Walmart | Catonsville | MD | 184.20 |
| 1/17/2004 | | 1/19/2004 | Whole Foods Market | Baltimore | MD | 87.15 |
| 1/18/2004 | 2:31 PM | 1/19/2004 | Amazon.com | | WA | 19.95 |
| 1/17/2004 | | 1/19/2004 | Rite Aid Store | Arbutus | MD | 58.19 |
| 1/18/2004 | | 1/19/2004 | Mars Supermarkets | Arbutus | MD | 212.21 |
| 1/18/2004 | | 1/20/2004 | Experian E-bay | | IL | 5.28 |
| 1/19/2004 | | 1/20/2004 | Leeds Cleaners | Baltimore | MD | 31.50 |
| 1/19/2004 | | 1/21/2004 | Blockbuster Video | Arbutus | MD | 43.29 |
| 1/20/2004 | 10:22 AM | 1/21/2004 | Amazon.com | | WA | 5.99 |
| 1/21/2004 | 2:34 AM | 1/22/2004 | Amazon.com | | WA | 28.94 |
| 1/21/2004 | | 1/23/2004 | Sears Roebuck | Gaithersburg | MD | 65.00 |
| 1/21/2004 | | 1/23/2004 | Autopay/Dishnet | | CO | 98.85 |
| 1/23/2004 | | 1/26/2004 | SuperFresh | Baltimore | MD | 63.51 |
| 1/24/2004 | | 1/26/2004 | Mars Supermarkets | Arbutus | MD | 41.09 |
| 1/25/2004 | | 1/27/2004 | Experian E-bay | | IL | 5.28 |
| 1/27/2004 | | 1/28/2004 | Giant Food, Inc. | Baltimore | MD | 174.80 |
| 1/27/2004 | | 1/28/2004 | RN Real.com | | WA | 9.95 |
| 1/27/2004 | | 1/28/2004 | RN Radiopass | | WA | 3.95 |

**Charges Identified by Louisa Clark as Personal Expenditures**
**During the period of October 2003 to April 2004**

| Transaction Date | Order Time | Post Date | Transaction | City | State | Charge Amount |
|---|---|---|---|---|---|---|
| 1/28/2004 | | 1/29/2004 | NFI www.netflix.com | | CA | 20.95 |
| 1/28/2004 | | 1/30/2004 | Old Navy | | OH | 67.03 |
| 1/30/2004 | | 2/2/2004 | The Statue of Liberty | | NY | 45.00 |
| 1/30/2004 | | 2/2/2004 | Maiden Choice Liquors | Baltimore | MD | 167.90 |
| 1/30/2004 | | 2/2/2004 | Arrowhead Market | Oakland | MD | 187.13 |
| 1/30/2004 | | 2/2/2004 | Deepcreek | McHenry | MD | 75.54 |
| 1/31/2004 | | 2/2/2004 | Walmart | Oakland | MD | 281.70 |
| 1/31/2004 | | 2/2/2004 | The Statue of Liberty | | NY | 25.50 |
| 12/31/2003 | | 1/5/2004 | Eagle Ridge Inn and Res | | IL | 1,273.63 |
| 1/2/2004 | | 1/5/2004 | Ground Round | Dubuque | IA | 55.00 |
| 1/3/2004 | | 1/5/2004 | Radisson Milwaukee | Milwaukee | WI | 121.33 |
| 1/3/2004 | | 1/5/2004 | Grand Harbor Resort | Dubuque | IA | 354.71 |
| 1/3/2004 | | 1/5/2004 | Wings To Go | Baltimore | MD | 47.99 |
| 1/3/2004 | | 1/5/2004 | Daily A Garage | | MD | 65.00 |
| 1/6/2004 | | 1/8/2004 | Greyound Lines | | TX | 288.00 |
| 1/11/2004 | | 1/13/2004 | Admiral Fell Inn | Baltimore | MD | 367.52 |
| 1/11/2004 | | 1/13/2004 | Wings To Go | Baltimore | MD | 57.39 |
| 1/13/2004 | | 1/14/2004 | Expedia | | NV | 149.00 |
| 1/16/2004 | | 1/19/2004 | Kings Dominion | | VA | 483.47 |
| 1/18/2004 | | 1/20/2004 | Wings To Go | Baltimore | MD | 28.20 |
| 1/28/2004 | | 1/29/2004 | Carousel Beechfront | Ocean City | MD | 679.07 |
| 1/29/2004 | | 1/30/2004 | Expedia | | NV | 348.80 |
| 1/29/2004 | | 1/30/2004 | Expedia | | NV | 347.78 |
| 2/2/2004 | | 2/4/2004 | American Air | San Antonio | TX | 442.70 |
| 1/6/2004 | | 1/8/2004 | Shell Oil | Elkridge | MD | 23.10 |

## Charges Identified by Louisa Clark as Personal Expenditures During the period of October 2003 to April 2004

| Transaction Date | Order Time | Post Date | Transaction | City | State | Charge Amount |
|---|---|---|---|---|---|---|
| 1/9/2004 | | 1/12/2004 | Shell Oil | Elkridge | MD | 34.39 |
| 1/12/2004 | | 1/14/2004 | Atkins Nutritionals, Inc | | NY | 90.40 |
| 1/14/2004 | | 1/16/2004 | High's | Arbutus | MD | 37.54 |
| 1/18/2004 | | 1/19/2004 | Mr. Tire Store | Baltimore | MD | 580.19 |
| 1/24/2004 | | 1/26/2004 | High's | Arbutus | MD | 32.81 |
| 1/25/2004 | | 1/27/2004 | Pepboys | Baltimore | MD | 176.00 |
| 1/27/2004 | | 1/29/2004 | Atkins Nutritionals, Inc | | NY | 77.32 |
| 1/28/2004 | | 1/29/2004 | Russel Toyota Collision | | MD | 122.73 |
| 1/29/2004 | | 1/29/2004 | World Class Auto | Elkridge | MD | 44.71 |
| 1/29/2004 | | 2/2/2004 | Exxonmobil | Elkridge | MD | 31.66 |
| 1/30/2004 | | 2/2/2004 | Amoco Oil | Catonsville | MD | 27.59 |
| 2/2/2004 | | 2/4/2004 | Amoco Oil | McHenry | MD | 22.69 |
| 1/3/2004 | | 1/5/2004 | Intervideo | | CA | 69.95 |
| 1/22/2004 | | 1/26/2004 | Hotwires-Sales Final | | CA | 226.00 |
| | | | **February Total** | | | **11,417.73** |

**Charges Identified by Louisa Clark as Personal Expenditures During the period of October 2003 to April 2004**

| Transaction Date | Order Time | Post Date | Transaction | City | State | Charge Amount |
|---|---|---|---|---|---|---|
| 2/4/2004 | | 2/6/2004 | Newport News | | VA | 43.90 |
| 2/7/2004 | | 2/9/2004 | The Statue of Liberty | | NY | 131.10 |
| 2/9/2004 | | 2/11/2004 | C Hoffberger Co. | | MD | 140.00 |
| 2/12/2004 | | 2/13/2004 | RN Realarcade Game | | WA | 5.95 |
| 2/13/2004 | 7:18 PM | 2/13/2004 | Amazon.com | | WA | 3.50 |
| 2/13/2004 | 7:18 PM | 2/13/2004 | Amazon.com | | WA | 3.50 |
| 2/14/2004 | | 2/16/2004 | CVS | Rehoboth Beach | DE | 24.13 |
| 2/14/2004 | | 2/16/2004 | Coach Store | Rehoboth Beach | DE | 356.46 |
| 2/14/2004 | | 2/16/2004 | Timberland Outlet | Rehoboth Beach | DE | 204.95 |
| 2/15/2004 | | 2/16/2004 | London Fog | | DE | 169.99 |
| 2/15/2004 | | 2/17/2006 | Old Navy Outlet | Rehoboth Beach | DE | 424.96 |
| 2/15/2004 | | 2/17/2004 | Ann Taylor | Rehoboth Beach | DE | 94.90 |
| 2/15/2004 | | 2/17/2004 | Polo Factory Store | Rehoboth Beach | DE | 237.88 |
| 2/15/2004 | | 2/17/2004 | Timberland Outlet | Rehoboth Beach | DE | 99.98 |
| 2/15/2004 | | 2/17/2004 | Tommy Hilfiger | Rehoboth Beach | DE | 31.96 |
| 2/15/2004 | | 2/17/2004 | Motherhood | Rehoboth Beach | DE | 63.24 |
| 2/17/2004 | | 2/18/2004 | Nextel Wireless | | CO | 191.32 |
| 2/16/2004 | | 2/18/2004 | Childrens Place | Rehoboth Beach | DE | 129.84 |
| 2/16/2004 | | 2/18/2004 | Timberland Outlet | Rehoboth Beach | DE | 139.96 |
| 2/15/2004 | | 2/18/2004 | Rehoboth Factory Store | Rehoboth Beach | DE | 88.93 |
| 2/20/2004 | | 2/23/2004 | Burlington Coat | Hanover | MD | 95.86 |
| 2/20/2004 | | 2/23/2004 | Country Clutter | Hanover | MD | 117.92 |
| 2/21/2004 | | 2/23/2004 | Pricezap.com | | CT | 544.50 |
| 2/21/2004 | | 2/23/2004 | Autopay/Dish Network | | CO | 131.60 |
| 2/23/2004 | 8:58 AM | 2/24/2004 | Amazon.com | | WA | 9.48 |

| Transaction Date | Order Time | Post Date | Transaction | City | State | Charge Amount |
|---|---|---|---|---|---|---|
| | | | Charges Identified by Louisa Clark as Personal Expenditures During the period of October 2003 to April 2004 | | | |
| 2/22/2004 | | 2/24/2004 | Pricezap.com | | CT | 250.00 |
| 2/22/2004 | | 2/24/2004 | Pricezap.com | | CT | 250.00 |
| 2/23/2004 | | 2/24/2004 | Beautiful Baskets | Columbus | IN | 44.95 |
| 2/24/2004 | | 2/25/2004 | Timberland Company | | NH | 11.30 |
| 2/25/2004 | | 2/26/2004 | Musicspace Company | | NY | 53.98 |
| 2/25/2004 | 9:54 AM | 2/26/2004 | Amazon.com | | WA | 64.97 |
| 2/25/2004 | 4:44 PM | 2/26/2004 | Amazon.com | | WA | 13.48 |
| 2/27/2004 | 11:54 AM | 3/1/2004 | Amazon.com | | WA | 18.94 |
| 2/27/2004 | 2:16 PM | 3/1/2004 | Amazon.com | | WA | 99.29 |
| 2/27/2004 | | 3/1/2004 | RN Reallone | | WA | 9.95 |
| 2/27/2004 | | 3/1/2004 | RN Radiopass | | WA | 3.95 |
| 2/28/2004 | | 3/1/2004 | NFI www.netflix | | CA | 20.95 |
| 2/29/2004 | | 3/1/2004 | Mars Supermarkets | Arbutus | MD | 318.24 |
| 2/5/2004 | | 2/6/2004 | Expedia Travel | | NV | 407.72 |
| 2/5/2004 | | 2/6/2004 | Orbitz Service Fee | | IL | 12.00 |
| 2/5/2004 | | 2/9/2004 | NWA Air | Mankato | MN | 301.40 |
| 2/5/2004 | | 2/9/2004 | NWA Air | Mankato | MN | 301.40 |
| 2/5/2004 | | 2/9/2004 | Orbitz Service Fee | | IL | 377.54 |
| 2/8/2004 | | 2/9/2004 | Quality Inn Boardwalk | Ocean City | MD | 119.00 |
| 2/7/2004 | | 2/10/2004 | Resorts | Chesapeake | VA | 149.00 |
| 2/8/2004 | | 2/10/2004 | Chilis | Laurel | MD | 57.29 |
| 2/7/2004 | | 2/10/2004 | Surf or Sound Realty | | NC | 1,563.10 |
| 2/13/2004 | | 2/16/2004 | Orbitz Service Fee | | IL | 348.94 |
| 2/14/2004 | | 2/16/2004 | Take Out Taxi | Ocean City | MD | 69.61 |
| 2/15/2004 | | 2/17/2004 | Roadhouse Steak Joint | Rehoboth Beach | DE | 100.00 |

| Transaction Date | Order Time | Post Date | Transaction | City | State | Charge Amount | |
|---|---|---|---|---|---|---|---|
| | | | Charges Identified by Louisa Clark as Personal Expenditures During the period of October 2003 to April 2004 | | | | |
| 2/15/2004 | | 2/17/2004 | Grand Harbor Resort | Dubuque | IA | 267.68 | |
| 2/16/2004 | | 2/17/2004 | Quality Inn Boardwalk | Ocean City | MD | 10.71 | |
| 2/17/2004 | | 2/18/2004 | Americinn Lodge&Suites | Rehoboth Beach | DE | 86.52 | |
| 2/17/2004 | | 2/19/2004 | Amtrak | Washington | DC | 9.00 | |
| 3/3/2004 | | 3/4/2004 | Railey Mountain Lake | McHenry | MD | 566.07 | |
| 2/8/2004 | | 2/10/2004 | Shell Oil | Elkridge | MD | 37.18 | |
| 2/13/2004 | | 2/16/2004 | Atkins Nutritionals, Inc. | | NY | 118.49 | |
| 2/14/2004 | | 2/16/2004 | Exxonmobile | Baltimore | MD | 38.98 | |
| 2/16/2004 | | 2/18/2004 | Exxonmobile | Rehoboth Beach | DE | 22.85 | |
| 2/20/2004 | | 2/23/2004 | Amoco | Elkridge | MD | 39.03 | |
| 2/24/2004 | | 2/26/2004 | Atkins Nutritionals, Inc. | | NY | 9.58 | |
| 2/25/2004 | | 2/27/2004 | High's | Arbutus | MD | 38.00 | |
| 3/1/2004 | | 3/3/2004 | Exxonmobile | Elkridge | MD | 32.54 | 32.58 |
| 2/18/2004 | | 2/19/2004 | USPS | Baltimore | MD | 57.55 | |
| 2/20/2004 | | 2/23/2004 | USPS | Baltimore | MD | 37.35 | |
| 3/2/2004 | | 3/3/2004 | USPS | Baltimore | MD | 82.34 | |
| | | | **March Total** | | | **9,906.68** | |

| Transaction Date | Order Time | Post Date | Transaction | City | State | Charge Amount |
|---|---|---|---|---|---|---|
| | | | **Charges Identified by Louisa Clark as Personal Expenditures** | | | |
| | | | **During the period of October 2003 to April 2004** | | | |
| 3/5/2004 | 7:39 PM | 3/5/2004 | Amazon.com | | | **128.12** |
| 3/5/2004 | 12:40 AM | 3/8/2004 | Amazon.com | | | **64.68** |
| 3/5/2004 | 10:47 AM | 3/8/2004 | Amazon.com | | | **20.43** |
| 3/5/2004 | 10:47 AM | 3/8/2004 | Amazon.com | | | **22.48** |
| 3/5/2004 | 10:47 AM | 3/8/2004 | Amazon.com | | | **70.65** |
| 3/5/2004 | 10:47 AM | 3/8/2004 | Amazon.com | | | **20.45** |
| 3/5/2004 | 10:47 AM | 3/8/2004 | Amazon.com | | | **13.46** |
| 3/5/2004 | | 3/8/2004 | Atlantic Sa | Rehoboth Beach | DE | 8.60 |
| 3/5/2004 | | 3/8/2004 | Exxonmobile | Elkridge | MD | 35.07 |
| 3/6/2004 | | 3/8/2004 | Timerland | Rehoboth Beach | DE | 218.96 |
| 3/7/2004 | 9:24 PM | 3/8/2004 | Amazon.com | | | **72.97** |
| 3/6/2004 | | 3/8/2004 | The Coach | Rehoboth Beach | DE | 409.95 |
| 3/6/2004 | | 3/8/2004 | Motherhood | | | 75.19 |
| 3/7/2004 | | 3/8/2004 | Vitamin Work | | | 102.67 |
| 3/7/2004 | | 3/9/2004 | Fossil | Rehoboth Beach | DE | 129.97 |
| 3/6/2004 | | 3/9/2004 | Rehoboth Factory | | | 169.94 |
| 3/7/2004 | | 3/9/2004 | Home De | Halethrope | MD | 177.54 |
| 3/7/2004 | | 3/9/2004 | High's | Arbutus | MD | 39.31 |
| 3/6/2004 | | 3/9/2004 | Guess Retail | Rehoboth Beach | DE | 86.36 |
| 3/8/2004 | | 3/9/2004 | Drugstore | | | 95.81 |
| 3/7/2004 | | 3/10/2004 | Timerland | Rehoboth Beach | DE | 119.97 |
| 3/6/2004 | | 3/10/2004 | Iris Eyes | Rehoboth Beach | DE | 62.00 |
| 3/9/2004 | | 3/11/2004 | Staples | Canton | | 344.97 |
| 3/10/2004 | 10:37 AM | 3/11/2004 | Amazon.com | | | **48.97** |
| 3/10/2004 | 1:02 PM | 3/11/2004 | Amazon.com | | | **19.99** |
| 3/9/2004 | | 3/12/2004 | Pricezap.com | | | 279.50 |

| Transaction Date | Order Time | Post Date | Transaction | City | State | Charge Amount | 1026.8 |
|---|---|---|---|---|---|---|---|
| 3/11/2004 | | | IKEA | College Park | MD | 1,026.83 | |
| **3/12/2004** | **8:53 AM** | **3/15/2004** | **Amazon.com** | | | **86.53** | |
| 3/11/2004 | | 3/15/2004 | Chilis | Laurel | MD | 50.00 | |
| 3/12/2004 | | 3/15/2004 | Dupaco Comm | | | 276.16 | |
| 3/12/2004 | | 3/15/2004 | RN ReaL | | | 5.95 | |
| 3/12/2004 | | 3/15/2004 | Arrowhead | Oakland | MD | 93.64 | |
| 3/13/2004 | | 3/15/2004 | Deepcreek | McHenry | MD | 79.90 | |
| 3/12/2004 | | 3/15/2004 | High's | Arbutus | MD | 39.61 | |
| 3/14/2004 | | 3/16/2004 | Amoco Oil | McHenry | MD | 27.10 | |
| 3/14/2004 | | 3/16/2004 | Timerland | Hagerstown | MD | 220.47 | |
| 3/14/2004 | | 3/16/2004 | The Coach | Hagerstown | MD | 503.94 | |
| 3/16/2004 | | | Nextel Wireless | | | 306.95 | |
| 3/15/2004 | | 3/17/2004 | Exxonmobile | Elkridge | MD | 28.00 | |
| **3/17/2004** | **12:59 AM** | **3/18/2004** | **Amazon.com** | | | **14.46** | |
| 3/17/2004 | | 3/19/2004 | Home De | Halethrope | MD | 612.40 | |
| 3/13/2004 | | 3/19/2004 | Resort | | | 38.04 | |
| 3/17/2004 | | 3/19/2004 | Amtrak | Washington | DC | 48.00 | |
| 3/18/2004 | | 3/22/2004 | Home De | Catonsville | MD | 40.32 | |
| 3/19/2004 | | 3/22/2004 | Video Games | | | 28.25 | |
| 3/18/2004 | | 3/22/2004 | Mr. Mattress | Baltimore | MD | 189.00 | |
| 3/18/2004 | | 3/22/2004 | R S | | | 7.40 | |
| 3/19/2004 | | 3/22/2004 | Paradeofsho | | OR | 36.02 | |
| 3/19/2004 | | 3/22/2004 | Royal Sones | | | 27.57 | |
| 3/20/2004 | | 3/22/2004 | Sammys Leaf | | | 143.77 | |
| 3/20/2004 | | 3/22/2004 | Zydeque | | | 54.00 | |
| 3/20/2004 | | 3/22/2004 | Payless Shoes | | | 37.02 | |

Charges Identified by Louisa Clark as Personal Expenditures During the period of October 2003 to April 2004

| Transaction Date | Post Date | Order Time | Transaction | City | State | Charge Amount |
|---|---|---|---|---|---|---|
| 3/19/2004 | 3/22/2004 | | Smith & Wol | | | 298.46 |
| 3/21/2004 | 3/22/2004 | | Mars Supermarket | Arbutus | MD | 75.21 |
| 3/21/2004 | 3/23/2004 | | BWI Garage | | MD | 90.00 |
| 3/23/2004 | 3/24/2004 | 11:38 PM | Amazon.com | | | 207.33 |
| 3/23/2004 | 3/24/2004 | 12:35 AM | Amazon.com | | | 73.95 |
| 3/22/2004 | 3/24/2004 | | Royal St. Ch | | | 133.06 |
| 3/22/2004 | 3/24/2004 | | Royal St. Ch | | | 14.72 |
| 3/22/2004 | 3/24/2004 | | Royal St. Ch | | | 38.28 |
| 3/22/2004 | 3/24/2004 | | Royal St. Ch | | | 79.02 |
| 3/22/2004 | 3/24/2004 | | Royal St. Ch | | | 82.31 |
| 3/22/2004 | 3/24/2004 | | Royal St. Ch | | | 20.85 |
| 3/21/2004 | 3/24/2003 | | Harlons BBQ | Houston | TX | 18.76 |
| 3/23/2004 | 3/24/2004 | | High's | Arbutus | MD | 40.00 |
| 3/23/2004 | 3/24/2004 | | Leeds Clean | Baltimore | MD | 35.00 |
| 3/23/2004 | 3/24/2004 | 4:34 PM | Amazon.com | | | 94.11 |
| 3/24/2004 | 3/24/2004 | 9:41 PM | Amazon.com | | | 512.09 |
| 3/25/2004 | 3/26/2004 | | AFI Value | | | 9.95 |
| 3/22/2004 | 3/29/2004 | | Phone | | | 3.19 |
| 3/22/2004 | 3/29/2004 | | Home De | Halethrope | MD | 139.98 |
| 3/27/2004 | 3/29/2004 | 4:41 AM | Amazon.com | | | 223.43 |
| 3/11/2004 | 3/12/2004 | | Nooshi | Washington | DC | 60.00 |
| 3/11/2004 | 3/12/2004 | | Starbucks | Washington | DC | 23.64 |
| 3/11/2004 | 3/12/2004 | | Advance | | | 229.64 |
| 3/21/2004 | 3/23/2004 | | Hudson News | | | 55.92 |
| | | | **April Total** | | | **9,418.24** |

Charges Identified by Louisa Clark as Personal Expenditures
During the period of October 2003 to April 2004

Exhibit 2

## Charges Identified by Louisa Clark as Personal Expenditures During the period of October 2003 to April 2004

| Transaction Date | Order PST | Order EST | CC Post Date | Transaction | Items Purchase | State | Charge Amount |
|---|---|---|---|---|---|---|---|
| 10/10/2003 | 8:15 AM | 11:15am | 10/13/2003 | Amazon.com | Books/Non-Fiction | WA | 38.67 |
| 10/24/2003 | 6:45 AM | 9:45am | 10/27/2003 | Amazon.com | Books/Non-Fiction | WA | 44.39 |
| 10/28/2003 | 3:29PM | 6:29pm | 10/29/2003 | Amazon.com | Books/Non-Fiction | WA | 62.00 |
| | | | | | | | 145.06 |
| 11/19/2003 | 8:30 AM | 11:30am | 11/20/2003 | Amazon.com | Bratz Style it! Collection | WA | 33.58 |
| 11/19/2003 | 9:33 AM | 11:33am | 11/20/2003 | Amazon.com | My Travel Time Baby | WA | 17.84 |
| 11/20/2003 | 5:31 PM | 8:31pm | 11/20/2003 | Amazon.com | Bellaire Filigree Vase | WA | 38.85 |
| 11/20/2003 | 5:31 PM | 8:31pm | 11/20/2003 | Amazon.com | Men's Long-sleeves Tee | WA | 32.53 |
| 11/20/2003 | 3:26 PM | 6:26pm | 11/21/2003 | Amazon.com | In-line Skates(girls) | WA | 31.49 |
| 11/20/2003 | 3:33 PM | | 11/21/2003 | Amazon.com | Turkey Fryer Cooking kit | WA | 99.46 |
| 11/20/2003 | 3:26 PM | 6:26pm | 11/21/2003 | Amazon.com | In-line Skates(girls) | WA | 31.49 |
| 11/20/2003 | 5:50 PM | 8:50pm | 11/21/2003 | Amazon.com | In-line Skates(boys) | WA | 31.49 |
| 11/21/2003 | 7:27 PM | | 11/21/2003 | Amazon.com | Scrabble Junior | WA | 22.69 |
| 11/25/2003 | 6:47 PM | 9:47pm | 11/28/2003 | Amazon.com | Books/Non-fiction, DVD Entertainment, Leappad, my first Leappad Backpacks | WA | 141.69 |

FILED

MAY 0 2 2008

Clerk, U.S. District and
Bankruptcy Courts

**Charges Identified by Louisa Clark as Personal Expenditures**
**During the period of October 2003 to April 2004**

| Transaction Date | Order PST | Order EST | CC Post Date | Transaction | Items Purchase | State | Charge Amount |
|---|---|---|---|---|---|---|---|
| 11/25/2003 | 6:47 PM | 9:47pm | 11/28/2003 | Amazon.com | Books/Non-fiction, DVD Entertainment, Leappad, my first Leappad Backpacks | WA | 65.17 |
| 11/29/2003 | 2:31 PM | 5:31pm | 12/1/2003 | Amazon.com | DVDs-Entertainment | WA | 35.91 |
| 11/29/2003 | 2:31 PM | 5:31pm | 12/3/2003 | Amazon.com | DVD-Entertainment | WA | 17.98 |
| | | | | | | | 600.17 |
| | | | | | | | |
| 12/8/2003 | 7:50 PM | 10:50pm | 12/10/2003 | Amazon.com | OshKosh Yellow systems Jacket | WA | 28.72 |
| 12/8/2003 | 7:50 PM | 10:50pm | 12/10/2003 | Amazon.com | Boys and Girls Children Clothing | WA | 70.32 |
| 12/8/2003 | 7:50 PM | 10:50pm | 12/10/2003 | Amazon.com | Jeans, Jackets, and Sweater | WA | 98.49 |
| 12/8/2003 | 7:50 PM | 10:50 PM | 12/10/2003 | Amazon.com | McDonald McFlurry Maker | WA | 32.53 |
| 12/9/2003 | 7:05 PM | 10:05pm | 12/11/2003 | Amazon.com | OshKosh Lt Purple fur Trim Jacket | WA | 27.14 |
| 12/8/2003 | 7:50 PM | 10:50pm | 12/11/2003 | Amazon.com | Barbie Unicorn and Carriage | WA | 26.24 |
| 12/8/2003 | 7:50 PM | 10:50pm | 12/11/2003 | Amazon.com | LeapStart Learning Table | WA | 41.99 |
| 12/8/2003 | 7:50 PM | 10:50pm | 12/11/2003 | Amazon.com | Slushee Maker | WA | 20.99 |
| 12/8/2003 | 7:50 PM | 10:50pm | 12/11/2003 | Amazon.com | ? | WA | 23.37 |

Charges Identified by Louisa Clark as Personal Expenditures
During the period of October 2003 to April 2004

| Transaction Date | Order PST | Order EST | CC Post Date | Transaction | Items Purchase | State | Charge Amount |
|---|---|---|---|---|---|---|---|
| 12/10/2003 | 6:17 PM | 9:17pm | 12/11/2003 | Amazon.com | Turncoff Socks and OshKosh Fur Trim Glitter jacket | WA | 39.73 |
| 12/9/2003 | | | 12/11/2003 | Amazon.com | | WA | (36.38) |
| 12/11/2003 | | | 12/12/2003 | Amazon.com | | WA | (0.02) |
| 12/9/2007 | 7:05 PM | 10:05 PM | 12/15/2003 | Amazon.com | Fiction Books and Wusthof Cutting Board | WA | 53.75 |
| 12/10/2003 | 6:47 PM | 9:47pm | 12/15/2003 | Amazon.com | First Grade LeapPad Book | WA | 15.74 |
| 12/10/2003 | 6:17 PM | 9:17pm | 12/15/2003 | Amazon.com | Monopoly Jr. Edition | WA | 15.67 |
| 12/13/2003 | 5:15 PM | 8:15pm | 12/15/2003 | Amazon.com | Video game | WA | 24.15 |
| 12/13/2003 | 5:15 PM | 8:15pm | 12/15/2003 | Amazon.com | Jeans, Flower Tee, shirt | WA | 50.40 |
| 12/13/2003 | 5:15 PM | 8:15pm | 12/15/2003 | Amazon.com | OshKosh Girls 6pck Briefs | WA | 38.82 |
| 12/13/2003 | 5:17 PM | 8:17pm | 12/15/2003 | Amazon.com | Kids socks and Boys Football Tees | WA | 23.04 |
| 12/13/2003 | 5:15 PM | 8:15pm | 12/15/2003 | Amazon.com | Cheer bar Plush Toy, Ariel Palace Playset, IQ board game, etc | WA | 133.32 |
| 12/10/2003 | 6:47 PM | 9:47pm | 12/15/2003 | Amazon.com | Simpsons Monopoly | WA | 31.49 |

**Charges Identified by Louisa Clark as Personal Expenditures During the period of October 2003 to April 2004**

| Transaction Date | Order PST | Order EST | CC Post Date | Transaction | Items Purchase | State | Charge Amount |
|---|---|---|---|---|---|---|---|
| 12/10/2003 | 6:47 PM | 9:47pm | 12/15/2003 | Amazon.com | LeapPad:Math, Books, LeapPad back pack, Learning system, etc. | WA | 121.70 |
| 12/13/2003 | 5:15 PM | 9:47pm | 12/15/2003 | Amazon.com | Hot Wheels Boat Race Set | WA | 20.99 |
| 12/13/2003 | 5:15 PM | 8:15pm | 12/15/2003 | Amazon.com | Boys and Girls Children Clothing | WA | 149.06 |
| 12/10/2003 | 6:17 PM | 9:17pm | 12/15/2003 | Amazon.com | ? | WA | 21.98 |
| 12/13/2003 | 5:15 PM | 9:17pm | 12/16/2003 | Amazon.com | Fun Folding Kitchen W/accessories | WA | 58.06 |
| 12/13/2003 | 5:15 PM | 8:15pm | 12/16/2003 | Amazon.com | ? | WA | 47.23 |
| 12/16/2003 | | | 12/18/2003 | Amazon.com | | WA | 15.72 |
| 12/10/2003 | 6:17 PM | 9:17pm | 12/18/2003 | Amazon.com | Scrabble: Jr Edition | WA | 19.95 |
| 12/16/2003 | 1:53 PM | 4:53pm | | Amazon.com | Book-Fiction | | 13.74 |
| 12/16/2003 | 1:53 PM | 4:53pm | | Amazon.com | Book-Fiction | | 17.99 |
| 12/16/2003 | 1:53 PM | 4:53pm | | Amazon.com | Book-Fiction | | 8.99 |
| 12/17/2003 | | | 12/18/2003 | Amazon.com | | WA | (0.02) |
| | | | | | | | 1,297.35 |
| 12/25/2003 | 4:21 PM | 7:21pm | 1/5/2004 | Amazon.com | DVD Ent. | WA | 42.46 |
| 1/4/2004 | 2:09 PM | 5:09pm | 1/5/2004 | Amazon.com | Women's Yoga Pants | WA | 26.73 |

**Charges Identified by Louisa Clark as Personal Expenditures**
**During the period of October 2003 to April 2004**

| Transaction Date | Order PST | Order EST | CC Post Date | Transaction | Items Purchase | State | Charge Amount |
|---|---|---|---|---|---|---|---|
| 1/4/2004 | 2:09 PM | 5:09pm | 1/5/2004 | Amazon.com | Tanita Body Fat Monitor | WA | 78.41 |
| 1/7/2004 | | | 1/7/2004 | Amazon.com | | WA | -0.01 |
| 1/4/2004 | 2:09 PM | | 1/8/2004 | Amazon.com | Toastmaster and slice toaster | WA | 66.47 |
| 1/4/2004 | 2:09 PM | | 1/8/2004 | Amazon.com | Flavas Street Rod | WA | 28.85 |
| 1/4/2004 | 2:09 PM | 5:09pm | 1/9/2004 | Amazon.com | ? | WA | 16.96 |
| 1/4/2004 | 2:09 PM | 5:09pm | | Amazon.com | Scrunch Top Boot | | 43.90 |
| 1/14/2004 | 6:26 AM | 9:26am | 1/15/2004 | Amazon.com | Latex Stretch Bands | WA | 19.89 |
| 1/14/2004 | 6:26 AM | 9:26am | 1/15/2004 | Amazon.com | Men's Fleeces jackets and pullovers, Jeans, Tee's | WA | 49.23 |
| 1/15/2004 | 9:55 AM | 12:55pm | 1/16/2004 | Amazon.com | VHS-Entertainment | WA | 9.44 |
| 1/15/2004 | 11:44 AM | 2:44pm | 1/16/2004 | Amazon.com | Book-Nonfiction | WA | 25.23 |
| 1/15/2004 | 9:55 AM | 12:55pm | 1/19/2004 | Amazon.com | VHS-Entertainment | WA | 19.95 |
| 1/15/2004 | 9:55 AM | 12:55pm | 1/21/2004 | Amazon.com | Book-Fiction | WA | 5.99 |
| 1/15/2004 | 11:49 AM | 2:49pm | 1/22/2004 | Amazon.com | Book-Nonfiction | WA | 28.94 |
| 1/15/2004 | 11:46 AM | 2:46pm | 3/1/2004 | Amazon.com | Book-Nonfiction | WA | 18.94 |
| | | | | | | | 438.92 |
| 2/12/2004 | 7:18 PM | 10:18pm | 2/13/2004 | Amazon.com | Book-Fiction | WA | 3.50 |
| 2/12/2004 | 7:18 PM | 10:18pm | 2/13/2004 | Amazon.com | Book-Fiction | WA | 3.50 |
| 2/23/2004 | 8:58 AM | 11:58am | 2/24/2004 | Amazon.com | Book-Nonfiction | WA | 9.48 |

| Transaction Date | Order PST | Order EST | CC Post Date | Transaction | Items Purchase | State | Charge Amount |
|---|---|---|---|---|---|---|---|
| | | | | | Firstscope 60 AZ | | |
| 2/22/2004 | 3:44 PM | 6:44pm | 2/26/2004 | Amazon.com | Telescope | WA | 64.97 |
| 2/25/2004 | 4:44 PM | 7:44pm | 2/26/2004 | Amazon.com | Book-Fiction | WA | 13.48 |
| 2/26/2004 | 4:54 PM | 7:54pm | 3/1/2004 | Amazon.com | CD-Music | WA | 99.29 |
| | | | | | | | 194.22 |
| | | | | | | | |
| | | | | | Garmin GPS Navigator and Personal Training | | |
| 3/4/2004 | 6:20 AM | 9:20am | 3/5/2004 | Amazon.com | Device | | 128.12 |
| 3/4/2004 | 6:20 AM | 9:20am | 3/8/2004 | Amazon.com | DVD-Enterainment | | 64.68 |
| 3/5/2004 | 10:47 AM | 1:47pm | 3/8/2004 | Amazon.com | Book-Nonfiction | | 20.43 |
| 3/5/2004 | 10:47 AM | 1:47pm | 3/8/2004 | Amazon.com | Book-Nonfiction | | 22.48 |
| 3/5/2004 | 10:47 AM | 1:47pm | 3/8/2004 | Amazon.com | Book-Nonfiction | | 70.65 |
| 3/5/2004 | 10:47 AM | 1:47pm | 3/8/2004 | Amazon.com | Book-Nonfiction | | 20.45 |
| | | | | | | | |
| 3/5/2004 | 10:47 AM | 1:47pm | 3/8/2004 | Amazon.com | Off. Depot-Laser Paper | | 13.46 |
| 3/5/2004 | 10:47 AM | 1:47pm | 3/8/2004 | Amazon.com | FreeSpeak Headset | | 72.97 |
| 3/8/2004 | 2:49 PM | 5:49pm | 3/11/2004 | Amazon.com | DVD-Enterainment | | 48.97 |
| | | | | | VillaWare Bar Blender | | |
| 3/8/2004 | 2:49 PM | 5:49pm | 3/11/2004 | Amazon.com | and Server | | 19.99 |
| | | | | | Garmin eTrex Handheld GPS | | |
| 3/11/2004 | 1:58 PM | 4:58pm | 3/15/2004 | Amazon.com | Navigator | | 86.53 |
| 3/16/2004 | 3:27 PM | 6:27pm | 3/18/2004 | Amazon.com | Book-Nonfiction | | 14.46 |

Charges Identified by Louisa Clark as Personal Expenditures During the period of October 2003 to April 2004

**Charges Identified by Louisa Clark as Personal Expenditures**
**During the period of October 2003 to April 2004**

| Transaction Date | Order PST | Order EST | CC Post Date | Transaction | Items Purchase | State | Charge Amount |
|---|---|---|---|---|---|---|---|
| 3/23/2004 | 5:30 AM | 8:30am | 3/24/2004 | Amazon.com | Garmin Wrist-Mounted GPS Navigator | | 207.33 |
| 3/22/2004 | 11:42 AM | 2:42pm | 3/24/2004 | Amazon.com | DVD-Enterainment | | 73.95 |
| 3/22/2004 | 11:42 AM | 2:42pm | 3/24/2004 | Amazon.com | Comforter-(Refunded) | | 94.11 |
| 3/24/2004 | 11:17 AM | 2:17pm | 3/24/2004 | Amazon.com | Samsung LCD Flat-Panel TV | | 512.09 |
| 3/25/2004 | 1:26 PM | 4:26pm | 3/29/2004 | Amazon.com | Garemin Forerunner GPS Personal Training Device | | 223.43 |
| | | | | | | | 1,694.10 |
| | | | | GRAND TOTAL | | | 4,369.82 |