U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

FILED

MAY 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA       :

              V.                     :       Case No. 08-73 (RBW)
LOUISA CLARK ROUSSEY
                               :

                               :

## ORDER

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the ___2nd___ day of ___May 2008___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _at a time mutually convenient to the parties_ by ___Delano Watkins of USPIS___ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_[signature]_
Judge (U.S. Magistrate)  Reggie B. Walton

DOJ USA-16-80

DEFENSE COUNSEL