IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff : | |
| V. : | CRIMINAL NO. 08-0073 (RBW) |
| : | |
| LOUISA CLARK- ROUSSEY : | |
| : | |
| Defendant : | |

## UNOPPOSED MOTION FOR TEMPORARY LEAVE
## TO TRAVEL OUTSIDE THE WASHINGTON, D.C. AREA

Defendant, Louisa Clark- Roussey, through undersigned counsel, respectfully requests authorization to travel outside the Washington D.C. area in order to attend a work related conference. The conference Ms. Clark-Roussey wishes to attend is the American Political Science Association Conference in Boston, Massachusetts. If permitted to travel to this conference, Ms. Clark-Roussey will be outside the Washington D.C. area from August 27 to August 31, 2008. Counsel for the government does not oppose Ms. Clark-Roussey's request.

WHEREFORE, Ms. Clark-Roussey respectfully requests this Court to modify her release conditions to allow her to travel to Boston, Massachusetts from August 27, 2008 to August 31, 2008.

Respectfully submitted,
A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
Tony W. Miles
Assistant Federal Public Defender
625 Indiana Avenue, N.W.,Suite 550
Washington, D.C.  20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Plaintiff** | : | |
| V. | : | **CRIMINAL NO. 08-0073 (RBW)** |
| | : | |
| **LOUISA CLARK- ROUSSEY** | : | |
| | : | |
| **Defendant** | : | |

**O R D E R**

Upon consideration of Defendant's Unopposed Motion For Temporary Leave To Travel Outside the Washington, D.C. Area, it is this _____ day of July 2008,

HEREBY ORDERED, that Ms. Clark-Roussey shall be permitted to travel to Boston, Massachusetts from August 27, 2008 to August 31, 2008.

_____
United States District Court Judge