IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :
:
        Plaintiff :
v. : CRIMINAL NO. 08-0073 (RBW)
:
LOUISA CLARK- ROUSSEY :
:
        Defendant :

### ORDER

Upon consideration of Defendant's Unopposed Motion For Temporary Leave To Travel Outside the Washington, D.C. Area, it is this 23rd day of July 2008,

HEREBY ORDERED, that Ms. Clark-Roussey shall be permitted to travel to Boston, Massachusetts from August 27, 2008 to August 31, 2008.

                                                    */s/*
                                        United States District Court Judge